# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ARTEZ OLIVER                                        PLAINTIFF

V.                  CASE NO. 3:16-CV-00162 BRW/BD

DEAN, et al.                                      DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Artez Oliver, an inmate in the Mississippi County Detention Facility ("Detention Facility"), filed this case without the help of a lawyer under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. (Docket entries #1, #2, #3)

In Mr. Oliver's complaint (#2), he did not explain each Defendant's role in the alleged violations. He also failed to clarify whether he has a pending state criminal case. (#2) Without this information, the Court cannot determine whether he can state federal claims for relief.

For that reason, the Court ordered Mr. Oliver to file an amended complaint within 30 days of July 5, 2016 to cure the deficiencies. (#4) To date, he has failed to comply with the Court's Order, and the time for doing so has passed. The Court specifically cautioned Mr. Oliver that his claims could be dismissed if he failed to comply with the Court's Order. (#4)

### III. Conclusion:

The Court recommends that Mr. Oliver's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's July 5, 2016 Order.

DATED this 15th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE