# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ARTEZ OLIVER**                                                                                           **PLAINTIFF**

**VS.**                              **CASE NO. 3:16-CV-00162 BRW/BD**

**DEAN, et al.**                                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Oliver's complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of September, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE