**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ARTEZ OLIVER**                                                                       **PLAINTIFF**

**VS.**                     **CASE NO. 3:16-CV-00162 BRW/BD**

**DEAN, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of September, 2016.


                                                               /s/ Billy Roy Wilson
                                                               UNITED STATES DISTRICT JUDGE